# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Reginald Dewayne Jeffries,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00228-MR |
| | ) | 1:07-cr-00056-MR-1 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2018 Order.

September 25, 2018

Frank G. Johns, Clerk
United States District Court